IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. 08-306 (JEI) |
| v. | |
| LAWRENCE BAKER, | CONSENT ORDER |
| Defendant. | |

THIS MATTER having come before the Court upon the application of defendant Lawrence Baker (Candace Hom, Assistant Federal Public Defender, appearing) for an Order for waiver of electronic monitoring fees of $561; and the Government (Deborah Gannett, Assistant United States Attorney, appearing), having no objection; and for good cause shown;

IT IS on this  3rd  day of  February , 2010, hereby

ORDERED that the fee of $561 for the electronic monitoring of defendant Lawrence Baker be, and hereby is, WAIVED; and

IT IS FURTHER ORDERED that all other conditions of probation remain the same.

_____
HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE